# United States District Court
## Violation Notice
(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW12 | E 1978933 | HEWEY | 275 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy) 02/24/2025 1715

Offense Charged □ CFR ☑USC □ State Code
18 USC 113

Place of Offense BLDG 851 Trailer M-13758
Bremerton, WA 98314

Offense Description: Factual Basis for Charge          HAZMAT □

Assault

### DEFENDANT INFORMATION   Phone: 360 434 5427

Last Name
Hole

Robert

D

Street Address

Tag No.          State          Year          Make/Model          PASS    Color

---

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   Robert Hale

Original - CVB Copy

*E1978933*

---

I state that on February 24, 20 25 while exercising my duties as a law enforcement officer in the Western District of Washington

_____

The foregoing statement is based upon:

☒ my personal observation          ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/24/2025
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident