```
_____ FILED  _____ LODGED
        _____ RECEIVED
            Jun 25, 2025
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>       Plaintiff, <br>   v. <br> ROBERT D. HALE, <br>       Defendant. | NO. 3:25-cr-05161 <br><br> INFORMATION <br> (Misdemeanor) |

The United States Attorney charges that:

On or about February 24, 2025, on board Naval Base Kitsap – Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, ROBERT D. HALE, did assault L.A.C., by striking, beating, or wounding.

All in violation of 18 U.S.C. §§ 7 and 113(a)(4).

DATED this 25th day of June, 2025.

TEAL LUTHY MILLER
Acting United States Attorney

*/s/ Evan K. Sadlon*

EVAN K. SADLON
Special Assistant United States Attorney

INFORMATION/ROBERT D. HALE - 1

Special Asst. U.S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg. 433
Bremerton, WA 98314
(360) 627-2177